**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Rockhouse Too, LLC,<br>Plaintiff<br>v.<br>United States,<br>Defendant | Case No.: 2:26-cv-02173-JAD-MDC |
| PBR Rock LLC,<br>Plaintiff<br>v.<br>United States,<br>Defendant | Case No.: 2:26-cv-02174-JAD-EJY |
| PKWY Summerlin, LLC, dba Tavern Tivoli,<br>Plaintiff<br>v.<br>United States,<br>Defendant | Case No.: 2:26-cv-02175-CDS-MDC |

**Order Transferring Actions to Single District Judge and Magistrate Judge**

Rockhouse Too, LLC; PBR Rock LLC; and PKWY Summerlin, LLC dba Tavern Tivoli filed nearly identical actions and are represented by the same counsel. All plaintiffs seek a refund of the Employee Retention Credit for the third quarter of 2021 under 26 U.S.C. § 3134, and each proceeds under a single count resting solely on the partial-suspension test of § 3134(c)(2)(A)(ii)(I). Each action is brought under 26 U.S.C. § 7422 following a Letter 105C disallowance. All three actions identify the same two asserted government orders: the Clark County Local Mitigation and Enforcement Plan and Nevada Emergency Directive 047. Each

attaches the same excerpt of the Clark County plan and the same July 30, 2021 memorandum of the Office of the Governor and alleges a supplier-based suspension under IRS Notice 2021-20, Q/A-12, supported in every case by the same letter from Southern Glazer's Wine, Spirits and Beer of Nevada.

Local Rule 42(a) provides that "[i]f a notice of related cases is filed, the assigned judges will determine whether the actions will be assigned to a single district judge or magistrate judge."[1] Because all of the related actions involve similar questions of fact and the same questions of law, and their assignment to the same district and magistrate judge is likely to effect a substantial savings of judicial effort, and because it would entail substantial duplication of labor if the actions continue to be heard by different district and magistrate judges, the court hereby transfers the subsequently filed related actions to District Judge Jennifer A. Dorsey and Magistrate Judge Maximiliano Couvillier for all further proceedings.

The Clerk of Court is THEREFORE ORDERED to **TRANSFER and REASSIGN**:

Case No.: 2:26-cv-02174-JAD-EJY to Magistrate Judge Couvillier and

Case No.: 2:26-cv-02175-CDS-MDC to District Judge Dorsey

for all further proceedings.

Dated: October 13, 2026

U.S. District Judge Jennifer A. Dorsey

U.S. District Judge Cristina D. Silva

[1] L.R. 42(a).